# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Zobel, Rya W**

Report Year: 2018

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/  Rya W Zobel [electronically signed on 05/06/2019 by  Rya W Zobel in JEFS]**

Certifying Official- I conclude that, based on the information contained in this report and to the best of my knowledge, this report is in compliance with the Ethics in Government Act, as amended, and other applicable laws and regulations.

**/s/ null, Certifying Official [electronically signed on 07/24/2019 by null in JEFS]**

# I. Positions

| # | ORGANIZATION NAME | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|
| 1 | Rya W. Zobel Irrevocable Trust | Trust | Trustee |

# II. Agreements

None

# III A. Filer's Non-Investment Income

None

# III B. Spouse's Non-Investment Income

None

# IV. Reimbursements

None

# V. Gifts

None

# VI. Liabilities

None

---

## VII. Investments and Trusts

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Assets of Rya W. Zobel | | | | | | | |
| Ishares Comex Gold Trust IAU | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Powershares QQQ TR Unit Ser 1 QQQ | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IShares TR Russell 2000Index FD IWM | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| SPDR Energy Select Index XLE | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| SPDR Consumer Dis Select XLY | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| SPDR S&P Retail ETF  XRT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IShares DJ US Broker Dealers IAI | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| SPDR Technology Select Index XLK | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IShares Biotechnology  IBB | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| IShares Mid-Cap 400 Growth IJK | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| IShares Core S&P 500 IVV | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Vaneck Vectors Semi-Conductors ETF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Vanguard Health Care Index VHT | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| ISharesMSCI Emerging Markets ETF   EEM | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Select Sector SPDR Trust Financial Select Sector Fund XLF | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Select Sector SPDR Trust Financial Select Sector Fund XLF | | | | | Purchased | 01/11/2018 | $15,000 or less |
| FDIC Insured Deposit Account | $1,000 or less | Int./Div. | $15,001 - $50,000 | Cash Market | | | |
| Citizens Bank, checking | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| Hanscom Federal Credit Union, savings | $1,000 or less | Interest | $15,001 - $50,000 | Cash Market | | | |
| Assets of Rya W. Zobel Irrevocable Trust | | | | | | | |
| Fidelity Total Bond FTBFX | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| American High Income Class F AHTFX | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Forward Select Income KIFAX | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| Putnam Diversified Income FD CL Y, PDVYX | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Putnam Income FD CL Y, PNCYX | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Goldman Sachs Global Income Institutional, GSGLX | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Payden Short ond, PYSBX | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| Vanguard Wellesley Income Fund PNCYX | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| FDIC Insured Deposit Account (X) | $1,001 - $2,500 | Interest | $15,001 - $50,000 | Cash Market | | | |
| Vanguard FTSE DEV Mkt ETF VEA | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|
| Vanguard FTSE DEV Mkt ETF VEA | | | | | Purchased | 01/09/2018 | $15,000 or less |
| SPDR Series Trust S&P Divid ETF SDY XLI | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| SPDR Series Trust S&P Divid ETF SDY XLI | | | | | Purchased | 03/14/2018 | $15,000 or less |
| SPDR Series Trust S&P Divid ETF SDY XLF | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| SPDR Series Trust S&P Divid ETF SDY XLF | | | | | Purchased | 03/14/2018 | $15,000 or less |

## Additional Information or Explanation